# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 1:24-cv-12768

**Arif Mohammed**

Plaintiff

**vs.**

**Auto Impact Sales**

Defendant

State of Illinois, County of Kane SS:

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint**

| | |
|---|---|
| PARTY SERVED: | **TRI-STATE MOTORS INDIANA LLC D/B/A AUTO IMPACT SALES** |
| PERSON SERVED: | **NICK MORELLI, EMPLOYEE/MECHANIC** |
| METHOD OF SERVICE: | **Corporate** - By delivering a true copy with the person identified above, who is authorized to accept or apparently in charge thereof. I informed said person of the contents therein. |
| DATE & TIME OF DELIVERY: | **12/20/2024 at 10:49 AM** |
| ADDRESS, CITY AND STATE: | **2340 MARTHA ST, HIGHLAND, IN 46322** |

Race: **White**  Sex: **Male**  Age: **35**
Height: **6'0"**  Weight: **175**  Hair: **Brown**  Glasses: **Yes**

SUBSCRIBED AND SWORN to before me on the 20th day of December, 2024.

NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC, STATE OF ILLINOIS
Commission No. 715300
My Commission Expires 04/28/2025

I declare under penalties of perjury that the information contained herein is true and correct.

Vincent J. Sarelli
Registration No: 117-001119



Judicial Attorney Services, Inc. PO Box 583  Geneva, IL 60134, (630) 221-9007

CLIENT: **Benesch Friedlander Coplan & Aronoff LLP**    Job #: **600096**
FILE #: **71343.00002**