**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARIF MOHAMMED, ) | |
| ) | Case No. 1:24-cv-12768 |
| Plaintiff, ) | |
| ) | JUDGE JEREMY C. DANIEL |
| v. ) | |
| ) | MAGISTRATE JUDGE DANIEL P. |
| AUTO IMPACT SALES, ) | MCLAUGHLIN |
| ) | |
| Defendant. ) | |

**PARTIES' JOINT PROPOSED DISCOVERY SCHEDULE**

Plaintiff, Arif Mohammed, by and through his attorneys Christopher T. Grohman, Michael P. O'Donnell, and David Rosenfeld, and Defendant, Auto Impact Sales, by and through its attorney Dan Garbis, hereby submit this Joint Proposed Discovery Schedule pursuant to Magistrate Judge McLaughlin's March 31, 2025 minute order, Dkt. No. 16. The parties propose the following discovery deadlines:

1. All written discovery completed by October 9, 2025.

2. Depositions of Plaintiff and key Defendant witnesses completed by January 9, 2026.

Respectfully submitted,

By: /s/ Michael P. O'Donnell
One of the Plaintiff's Attorneys

Christopher T. Grohman
Michael P. O'Donnell
Benesch, Friedlander, Coplan &
Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949
Email: cgrohman@beneschlaw.com
       mpodonnell@beneschlaw.com

*-and-*

David Rosenfeld
Law Office of David Rosenfeld
134 North LaSalle Street, 9th Floor
Chicago, Illinois 60602
(312) 209-0973
*Attorneys for Plaintiff Arif Mohammed*

Dated: April 9, 2025

By: /s/ Dan E. Garbis
One of the Defendant's Attorney

Dan E. Garbis
The Garbis Law Firm, LLC
7330 North Cicero Avenue
Lincolnwood, Illinois 60712
(847) 982-9518
dgarbis@garbislawfirm.com
*Attorneys for Defendant Auto Impact Sales*