UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOHAMMED ARIF, ) | |
| ) | Case No. 1:24-cv-12768 |
| Plaintiff, ) | |
| ) | JUDGE JEREMY C. DANIEL |
| v. ) | |
| ) | MAGISTRATE JUDGE DANIEL P. |
| AUTO IMPACT SALES, et al. ) | MCLAUGHLIN |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Plaintiff, Mohammed Arif, by and through his attorneys Christopher T. Grohman, Michael P. O'Donnell, and David Rosenfeld, and Defendants, Auto Impact Sales and Nabeel Ahmed, by and through their attorney Dan Garbis, hereby submit this Joint Status Report pursuant to Magistrate Judge McLaughlin's June 18, 2025 minute order, Dkt. No. 26.

The Parties have exchanged settlement offers. Further, at this point, the Parties anticipate minimal written discovery. Consequently, the Parties have exchanged no discovery to date. At this time, the Parties anticipate issuing all written discovery in time to allow for responses and productions by the current written discovery deadline of October 9, 2025. The Parties also anticipate completing depositions by the current January 9, 2025 close of fact discovery.

Respectfully submitted,

By: /s/ Michael P. O'Donnell
    One of the Plaintiff's Attorneys

    Christopher T. Grohman
    Michael P. O'Donnell
    Benesch, Friedlander, Coplan
     & Aronoff LLP
    71 South Wacker Drive
    Suite 1600
    Chicago, Illinois 60606-4637
    Telephone: 312.212.4949
    Email: cgrohman@beneschlaw.com
          mpodonnell@beneschlaw.com

    *-and-*

    David Rosenfeld
    Law Office of David Rosenfeld
    134 North LaSalle Street
    9th Floor
    Chicago, Illinois 60602
    Telephone: 312.209.0973
    *Attorneys for Plaintiff Arif Mohammed*

By: /s/ Dan E. Garbis
    One of the Defendant's Attorney

    Dan E. Garbis
    The Garbis Law Firm, LLC
    7330 North Cicero Avenue
    Lincolnwood, Illinois 60712
    (847) 982-9518
    Email: dgarbis@garbislawfirm.com
    *Attorneys for Defendant Auto Impact Sales and Nabeel Ahmed*

Dated: August 15, 2025