UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOHAMMED ARIF,<br><br>    Plaintiff,<br><br>v.<br><br>AUTO IMPACT SALES, et al.,<br><br>    Defendants. | Case No. 1:24-cv-12768<br><br>JUDGE JEREMY C. DANIEL |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, October 16, 2025, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff Mohammed Arif shall appear before the Honorable Jeremy C. Daniel, or any judge sitting in his stead, in Courtroom 1419, at the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60606, and then and there present his **Request for Entry of Default Against Defendants** (Doc. #30).

Dated: October 13, 2025                        Respectfully submitted,

                                                  By: */s/ Christopher T. Grohman*
                                                      Christopher T. Grohman

                                                      Christopher T. Grohman
                                                     Michael P. O'Donnell
                                                     Benesch, Friedlander, Coplan & Aronoff LLP
                                                     71 South Wacker Drive, Suite 1600
                                                     Chicago, Illinois 60606-4637
                                                     Telephone: 312.212.4949
                                                     Email:   cgrohman@beneschlaw.com
                                                                           mpodonnell@beneschlaw.com

*-and-*

David Rosenfeld
Law Office of David Rosenfeld
134 North LaSalle Street, 9th Floor
Chicago, Illinois 60602
(312) 209-0973
ARDC 6203166

*Attorneys for Plaintiff Mohammed Arif*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2025, a copy of the foregoing *Notice of Motion* was served upon all counsel of record via the Court's CM/ECF system.

*/s/ Christopher T. Grohman*
Christopher T. Grohman
*Attorney for Plaintiff Mohammed Arif*
